United States
Southern District of Texas
FILED

JUN 09 2025

Nathan Ochsner, Clerk of Court

UNITED STATERS DISTRICT COURT
SOUTH ERN DISTRICT OF TEXAS
HOUSTON DIVISION

MICHAEL HERNANDEZ # 2455468          §
  plaintiff

v.           §  CIVIL ACTION NO.

KOLTON STOKER ET AL,     §
  defendants.

---

## ORIGINAL COMPLAINT

---

### I. JURISDICTION AND VENUE

1. This is a civil action authorized by 42 U.S.C. § 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. § 1331 (a) (3). Plaintiff seeks declatory relief pursuant to 28 U.S.C. § 2201 and 2202.

Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. § 2283 and 2284 and rule 65 of the Fed.R.Civ.P.

2. The Southern District of Texas - Houston Division is an appropiate venue under 28 U.S.C. § 1391 (b)(2) because it is where the events giving rise to this claim occurred.

### II. PLAINTIFF

3. Plaintiff Michael Hernandez is and was at all times mentioned herein a prisoner of the state of Texas in the custody of the Texas Department of Criminal Justice. Plaintiff is currently confined at the Wallace Pack Unit , 2400 Wallace Pack rd. Navasota Texas 77868.

### III. DEFENDANTS

4. Kolton Stoker is a U.T.M.B. employee, medical staff supervisor responsible for determining medical co-pay fees and discerning I - 60's from sick call

requests at Wallace Pack Unit.

5. Ndi Chukawumerije is a U.T.M.B. CMC employeee, medical provider
responsible for medical care at Wallace Pack unit.

6. Each defendant is sued individually and in their official capacity. At
all times mentioned in this complaint each defendant acted under color of
state law.

## IV.  FACTS

7. Kolton Stoker intentionally and deliberately engaged in fraudulently
charging medical co-pays for disclosed exempt fees not only per policy
, (A.D. 06 - 08) but plainly disclosed prior to charges that are mostly
" returned/refunded" only after plaintiff's exposing of multiple
fraudulent charges. Defendant Stoker also deliberately engages in unprofessional
behavior, discriminating and bias behaviors with derogatory comments,
while concealing illegally seized funds. Defendant also directs critical
chronic care to " nurse sick calls " delaying critical treatment to
promotethe seizure of illegal co-pay fees. The acts are complicit and in a co-
concert with defendant Chukawumerije in a class conspiracy to seize
hundreds of dollars of fraudulently seized funds depriving plaintiff
of his fourth amendment rights from illegal search and seizure, eighth
amendment right to adequate medical care and fourteenth amendment right
to due process secored by the U.S. Constitution.

8. Ndi Chukawumerije deliberately denied medical care ( mostly already
diagnosed - even by the defendant herself) or delayed treatment in a
planned effort to coerce furthur submissions of I - 60's to elicit
more fraudulent co-pays. Defendant Chukawumerije also denied treatment
for hostile/ personal reasons in retaliation after plaintiff's family
questioned defendants on refunds and medical care,authorized per policy.

2

Defendant's actions deprived plaintiff of his 4th, 8th and 14th Constitutional amended rights.

## V.  EXHAUSTION OF REMEDIES

9. Plaintiff properly exhausted administrative remedies utilizing the grievance procedure and I - 60 process before filing this complaint in compliance with PLRA requirements and has no other remedies at relief.

## VI.  LEGAL CLAIMS

10. Plaintiff reallege and incorporates by reference paragraphs 1 - 9.

11. The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has ans will be irreparably injured by the defendants, (whom suufers from cancer,fractures etc...) until this Honorable Court grants the declatory and injunctive relief which the plaintiff seeks.

## VII.  PRAYER FOR RELIEF

WHEREFORE, the plaintiff respectfully prays this Honorable Court enter judgment granting plaintiff;

12. A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

13. A preliminary injunction Ordering defendants to evaluate seizure of all medical co-pays for compliance of policy and law, A.D. 06 - 08, now, prior to and after the seizure of plaintiff's funds. Adequate medical care and the immediate ceasation of unprofessional,derogatory comments and treatment different from other prisoners. A plain definative action to discern I - 60's from actual sick call requests.

14. Compensatory damages in the amount of $10,000.oo against each defendant jointly and severally.

3

15. Punative damages in the amount of $10,000.00 against each defendant.

16. A jury trial on all issues triable.

17. Plaintiff's cost for this claim.

18. Any additional relief the jury deems appropiate and equitable.

Dated _____6-5-25_____ ,2025

Respectfully submitted,

_____ ,# 2455468
Pack 1
2400 Wallace Pack rd.
Navasota, Texas 77868

## VERIFICATION

I have read the above and foregoing Original Complaint and hereby

Verify that the matters alleged therein are true, except for the matters

alleged on belief of information, and as to those, I do believe them to

be true, I declare under penalty of perjury that the foregoing is true

and correct.

executed at Navasota texas on June          ,2025

_____ # 2455468
Pack 1
2400 Wallace Pack rd.
Navasota, Texas 77868

4

Michael Hernandez #2455468
Pack 1
2400 Wallace Pack Rd.
Navasota, TX. 77868

Legal mail

United States Courts
Southern District of Texas
FILED

JUN 09 2025

Nathan Ochsner, Clerk of Court

HOUSTON TX RPDC 773

7 JUN 2025 PM 3 L

Clerk for the
U.S. District Court - S.D.
P.O. box 61010
Houston, TX. 77208